UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-20637-ALTMAN

PURPLE INNOVATION, LLC,

    Plaintiff,

  v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff, PURPLE INNOVATION, LLC, voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 29 | Fheng USA | https://www.amazon.com/sp?ie=UTF8&seller=A3SD9RMIQ1UEPP&asin=B0D1X545GF&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 63 | asaf00001 | https://www.ebay.com/str/gentlemanstore1 |
| 79 | lemoautoparts2019 | https://www.ebay.com/str/lemoautoparts2019 |
| 80 | lemohomegarden2019 | https://www.ebay.com/str/lemohomegarden2019 |
| 85 | More Persi | https://www.ebay.com/str/morepersi |
| 101 | usa-best-deal | https://www.ebay.com/str/usabestdeal |
| 108 | COLMO US | https://us.shein.com/store/home?store_code=2037384177 |
| 121 | disuxdsshop | https://www.temu.com/disuxdsshop-m-634418214685968.html?goods_id=601099740423761&sticky_type=3&_x_sessn_id=aokcmgjx8j&refer_page_name=goods&refer_page_id=10032_1730525591263_t6jgjx6p11&refer_page_sn=10032 |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 141 | znxiaodian | https://www.temu.com/znxiaodian-m-634418213551897.html?goods_id=601099733526962&sticky_type=3&_x_sessn_id=mr7x4rg0be&refer_page_name=goods&refer_page_id=10032_1730523472846_fx5ggo074x&refer_page_sn=10032 |
| 155 | Kwality Dealz | https://www.walmart.com/reviews/seller/10590 |
| 158 | Qzuitopz | https://www.walmart.com/global/seller/102615317 |
| 159 | SCQCFW | https://www.walmart.com/global/seller/102497270 |
| 169 | Zacfeain | https://www.walmart.com/global/seller/101653582 |

Dated: May 9, 2025

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By: /s/ Leigh Salomon
Leigh Salomon (FL Bar No. 1054106)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 357-8450
Email: lsalomon@bsfllp.com

*Attorney for Plaintiff*
*PURPLE INNOVATION, LLC*