UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-20637-ALTMAN

PURPLE INNOVATION, LLC,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff, PURPLE INNOVATION, LLC, voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 26 | Compatible models | https://www.amazon.com/sp?ie=UTF8&seller=A6ENGBJQ5OVRZ&asin=B0CW9BHVP5&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 33 | Hanchuan | https://www.amazon.com/sp?ie=UTF8&seller=AZG4K2FTAWW6U&asin=B07D6TPWZ1&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 53 | XINLIFE US | https://www.amazon.com/sp?seller=A3K2115XR7YU7V |
| 135 | RuntoXY | https://www.temu.com/runtoxy-m-634418214421568.html |
| 142 | AutoGears Pro | https://www.walmart.com/global/seller/102543254 |
| 163 | VIVIDCRAFT-L | https://www.walmart.com/global/seller/102486292 |
| 166 | yangmingmaoying | https://www.walmart.com/global/seller/102503951 |

| | |
|---|---|
| Dated: May 22, 2025 | Respectfully submitted, |
| | **BOIES SCHILLER FLEXNER LLP** |
| | By: */s/ Leigh Salomon* |
| | Leigh Salomon (FL Bar No. 1054106) |
| | 100 SE 2nd Street, Suite 2800 |
| | Miami, FL 33131 |
| | Tel: (305) 357-8450 |
| | Email: lsalomon@bsfllp.com |
| | *Attorney for Plaintiff*  |
| | *PURPLE INNOVATION, LLC* |